UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST LEE POWELL,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>RAYMOND MADDEN,<br><br>　　　　　Respondents. | No.  2:17-cv-2031 KJM DB P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se and in forma pauperis, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  (ECF No. 2).  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 23, 2020, the magistrate judge issued findings and recommendations, which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 13).  Petitioner has filed objections to the findings and recommendations.  (ECF No. 15).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued January 23, 2020 (ECF No. 13) are ADOPTED in full;

2. Petitioner's application for a writ of habeas corpus (ECF No. 2) is summarily DISMISSED for failure to state a claim upon which relief may be granted, and

3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

DATED:  September 16, 2020

_____
CHIEF UNITED STATES DISTRICT JUDGE

powe2031804.hc